Daniel P. Kiefer
Nevada Bar No. 12419
Matthew W. Park
Nevada Bar No. 12062
RUSHFORTH LEE & KIEFER LLP
1707 Village Center Circle, Suite 150
Las Vegas, NV 89134
Phone: 702-255-4552
Fax: 702-255-4677
Email: Matt@rlklegal.com

*Attorneys for Defendant Navient Solutions, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHEREE LAMB,<br><br>    Plaintiff,<br><br>vs.<br><br>NAVIENT SOLUTIONS, LLC, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION LLC,<br><br>    Defendants. | Case No. 2:18-cv-1966-JCM-NJK<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT**<br><br>**[FIRST REQUEST]** |

COME NOW Plaintiff Sheree Lamb ("Plaintiff") and Defendant Navient Solutions, LLC ("NSL"), by counsel and pursuant to Local Rule 6-1, and stipulate as follows:

**STIPULATION**

1. On October 11, 2018, Plaintiff filed a Complaint with this Court [ECF No. 1].

2. NSL was served with the Complaint on October 12, 2018.

3. NSL's response to the Complaint is due by November 2, 2018.

4. In order to adequately investigate the allegations and explore the possibility of an early resolution, NSL desires an extension until December 3, 2018, to file a response to the Complaint.

5. Counsel for NSL conferred with counsel for Plaintiff regarding this Stipulation. Counsel for Plaintiff agrees to the requested extension.

6. This Stipulation is filed in good faith and not for dilatory or other improper purpose. Plaintiff would not suffer any prejudice by the Court permitting NSL the requested extension of time and has consented to the requested extension.

7. This is the first request for extension of time for NSL to respond to the Complaint.

DATED: November 2, 2018.

/s/ Matthew W. Park
Matthew W. Park
Nevada Bar No. 12062
Rushforth Lee & Kiefer LLP
1707 Village Center Circle, Suite 150
Las Vegas, NV 89134

*Counsel for Defendant
Navient Solutions, LLC*

/s/ Kevin L. Hernandez
Kevin L. Hernandez
NV Bar No. 12594
Law Office of Kevin L. Hernandez
2510 Wigwam Parkway, Suite 206
Henderson, NV 89074

*Counsel for Plaintiff
Sheree Lamb*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 2, 2018