Matthew W. Park
Nevada Bar No. 12062
RUSHFORTH LEE & KIEFER LLP
1707 Village Center Circle, Suite 150
Las Vegas, NV 89134
Phone: 702-255-4552
Fax: 702-255-4677
Email: Matt@rlklegal.com

*Attorneys for Defendant Navient Solutions, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHEREE LAMB,<br><br>Plaintiff,<br><br>vs.<br><br>NAVIENT SOLUTIONS, LLC, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION LLC,<br><br>Defendants. | Case No. 2:18-cv-1966-JCM-NJK<br><br>**STIPULATION AND** ~~PROPOSED~~ **ORDER TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT**<br><br>**[SECOND REQUEST]** |

COME NOW Plaintiff Sheree Lamb ("Plaintiff") and Defendant Navient Solutions, LLC ("NSL"), by counsel and pursuant to Local Rule 6-1, and stipulate as follows:

**STIPULATION**

1. On October 11, 2018, Plaintiff filed a Complaint with this Court [ECF No. 1].

2. NSL was served with the Complaint on October 12, 2018.

3. On November 2, 2018, Plaintiff and NSL filed their first Stipulation and Proposed Order to Extend Time to File Response to Complaint, requesting that NSL's time to file a response be extended until December 3, 2018. [ECF No. 8].

4. The Court granted the requested extension on November 2, 2018. [ECF No. 10]. NSL's response to the Complaint is due on or before December 3, 2018.

---

STIPULATION AND [PROPOSED ORDER] TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT

5. The Parties have initiated settlement discussions. In order to adequately investigate the allegations and explore the possibility of an early resolution, NSL desires an extension until December 21, 2018, to file a response to the Complaint.

6. Counsel for NSL conferred with counsel for Plaintiff regarding this Stipulation. Counsel for Plaintiff agrees to the requested extension.

7. This Stipulation is filed in good faith and not for dilatory or other improper purpose. Plaintiff would not suffer any prejudice by the Court permitting NSL the requested extension of time and has consented to the requested extension.

8. This is the second request for extension of time for NSL to respond to the Complaint.

DATED: November 30, 2018.

/s/ Matthew W. Park
Matthew W. Park
Nevada Bar No. 12062
Rushforth Lee & Kiefer LLP
1707 Village Center Circle, Suite 150
Las Vegas, NV 89134

*Counsel for Defendant*
*Navient Solutions, LLC*

/s/ Kevin L. Hernandez
Kevin L. Hernandez
NV Bar No. 12594
Law Office of Kevin L. Hernandez
2510 Wigwam Parkway, Suite 206
Henderson, NV 89074

*Counsel for Plaintiff*
*Sheree Lamb*

**GRANTED** in part and **DENIED** in part. NSL shall respond to the complaint by December 14, 2018. **NO FURTHER EXTNESIONS WILL BE GRANTED.**

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 3, 2018