| | |
|---|---|
| 1 | JEREMY J. THOMPSON |
| | Nevada Bar No. 12503 |
| 2 | **CLARK HILL PLLC** |
| 3 | 3800 Howard Hughes Parkway, Suite 500 |
| | Las Vegas, Nevada 89169 |
| 4 | E-mail: jthompson@clarkhill.com |
| | Telephone: (702) 862-8300 |
| 5 | Facsimile: (702) 862-8400 |

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SHEREE LAMB, an individual. | Case No.: 2:18-cv-01966-JCM-NJK |
| Plaintiff, | |
| v. | SUBSTITUTION OF ATTORNEY |
| NAVIENT SOLUTIONS, LLC, a foreign limited-limited company; EQUIFAX INFORMATION SERVICES LLC; a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company, | |
| Defendants. | |

Equifax Information Services, LLC hereby substitutes Jeremy J. Thompson, Address: 3800 Howard Hughes Parkway, Suite 500, Las Vegas, NV 89169; Telephone: (702) 862-8300, as attorney of record in place and stead of: Bradley T. Austin, Snell & Wilmer LLP, 3883 Howard Hughes Pkwy., Ste. 1100, Las Vegas, NV 89169.

DATED: 1/4/19

_Kristin N. Zielmanski_
Equifax Information Services, LLC

I consent to the above substitution.

DATED: 1/3/19

_Bradley T. Austin, Esq._

I am duly admitted to practice in this District.

Above substitution accepted.

DATED: 1/4/2019

_Jeremy J. Thompson, Esq._

Please check one: ✓ RETAINED, or ___ APPOINTED BY THE COURT

APPROVED:

DATED: January 7, 2019

_____
United States Magistrate Judge