Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

2:18-cv-01966-JCM-NJK

| | |
|---|---|
| SHEREE LAMB, an individual;<br><br>Plaintiff,<br><br>v.<br><br>NAVIENT SOLUTIONS, LLC, a foreign limited-limited company; EQUIFAX INFORMATION SERVICES LLC; a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company;<br><br>Defendant. | Case No.: ~~2:18-cv-1996-JCM-NJK~~<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT NAVIENT SOLUTIONS, LLC WITH PREJUDICE** |

Plaintiff, Sheree Lamb ("Plaintiff"), and Defendant, Navient Solutions, LLC ("Navient") (the "Parties") have resolved all claims, disputes, and differences between the Parties.

///

///

///

///

///

///

///

///

///

Therefore, Plaintiff and Navient, by and through their respective attorneys of record, and subject to the court's approval, respectfully request dismissal of the above-captioned matter with prejudice under FRCP 41(a) as to Navient, with Plaintiff and Navient bearing their own attorneys' fees and costs incurred in this action.

Respectfully Submitted.

Dated: January 24, 2019

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
kevin@kevinhernandezlaw.com
***Attorney for Plaintiff***

Dated: January 24, 2019

**CLARK HILL PLLC**

*/s/ Jeremy J. Thompson*
Jeremy J. Thompson, Esq.
Nevada Bar No. 12503
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
jthompson@clarkhill.com
***Attorneys for Equifax Information
Services, LLC***

Dated: January 24, 2019

**RUSHFORTH LEE & KIEFER LLP**

*/s/ Matthew W. Park*
Matthew W. Park, Esq.
Nevada Bar No. 12062
1707 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
matt@rlklegal.com
***Attorney for Navient Solutions, LLC***

Dated: January 24, 2019

**NAYLOR & BRASTER**

*/s/ Andrew J. Sharples*
Jennifer L. Braster, Esq.
Nevada Bar No. 9982
Andrew J. Sharples, Esq.
Nevada Bar No. 12866
1050 Indigo Drive, Suite 200
Las Vegas, Nevada 89145
asharples@nblawnv.com
***Attorneys for Experian
Information Solutions, Inc.***

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: January 29, 2019